1060

[No. 56873-6-I. Division One. September 11, 2006.]

JACK OLTMAN ET AL., *Appellants*, v. HOLLAND AMERICA LINE USA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10552-6, Julie Spector, J., entered August 12, 2006. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Baker, J. Now published at 136 Wn. App. 110.

[No. 57130-3-I. Division One. September 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN EUGENE BERG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-03029-8, Kenneth L. Cowsert, J., entered September 13, 2005. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Schindler, J.

[No. 31704-4-II. Division Two. September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO URREA SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00310-1, Richard L. Brosey, J., entered March 29, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 31767-2-II. Division Two. September 12, 2006.]

VINCE W. STACEY, *Respondent*, v. LINA FLORENDO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-5-01234-0, Katherine M. Stolz, J., entered May 17, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater, J.; Hunt, J., dissenting in part.